# Exhibit 2

Captured at: 10/11/2023, 11:53 AM
URL: https://www.teacherspayteachers.com/Product/Thanksgiving-Mock-CBI-Trip-Grocery-Shopping-7454649



# Thanksgiving Mock CBI Trip - Grocery Shopping



GRADE LEVELS
Not Grade Specific

SUBJECTS
Math, Special Education, Vocational Education

RESOURCE TYPE
PowerPoint Presentations, Activities

FORMATS INCLUDED
✓ 🄶 Google Slides™

PAGES
35 pages

## $1.00

Add one to cart

Buy licenses to share

🔖 Wish List

Share this resource

f 🐦 📌

🏳 Report this resource to TPT

**SPED Secrets**
100 Followers   ☆ Follow

🔺 Made for Google Drive™

This resource can be used by students on Google Drive or Google Classroom. To access this resource, you'll need to allow TPT to add it to your Google Drive. See our FAQ and Privacy Policy for more information.

Description    Reviews    Q&A    More from
SPED Secrets

## Description

This resource contains 35 slides of a virtual grocery shopping trip to Aldi. This is a great way to practice CBI (community based instruction) virtually or in the classroom environment before taking a trip to the community. In this Thanksgiving-themed lesson, students will help shop for ingredients for a popular holiday recipe. Students will practice making a list, finding items in the store, and completing a purchase. The interactive slides work well with students who have disabilities and multilingual learners, too!

Total Pages      35 pages
Answer Key       N/A

Teaching Duration        N/A

⚐ Report this resource to TPT

Reported resources will be reviewed by our team. Report this resource to let us know if this resource
violates TPT's content guidelines.

## Reviews

★ ★ ★ ★ ★  This product has not yet been rated.

## Questions & Answers

Please log in to post a question.

Be the first to ask SPED Secrets a question about this product.



More from

### SPED Secrets

See all 82 resources

100 Followers





Reading a Schedule
- Where is...
$1.00



31 Journal Prompts
for May - National...
$1.50

⭐ 5.0 (1)



Back to School -
This or That!
$1.00



*FREE* Movement
Break Bingo Board
FREE

⭐ 4.0 (1)













St. Patrick's Day
This or That Game
$1.00

*FREE* Social Story:
Counting Down...
FREE

Winter This or That!
$1.00

Christmas This or
That!
$1.00

★ 5.0 (1)



TPT is the largest marketplace for PreK-12 resources,
powered by a community of educators.

   

**ABOUT**

Who We Are
We're Hiring
Press
Blog

**SUPPORT**

Help & FAQ
Privacy Policy
Student Privacy
Terms of Service

**UPDATES**

Get our weekly newsletter with free
resources, updates, and special
offers.

Get newsletter  ›

IXL FAMILY OF BRANDS

**IXL**

Comprehensive K-12
personalized
learning

**Rosetta Stone**

Immersive learning
for 25 languages

**Wyzant**

Trusted tutors for
300 subjects

**Vocabulary.com**

Adaptive learning for
English vocabulary

**ABCya**

Fun educational
games for kids

**SpanishDict**

Spanish-English
dictionary, translator,
and learning

**Emmersion**

Fast and accurate
language
certification

**Education.com**

35,000 worksheets,
games, and lesson
plans

© 2023 by Teacher Synergy, LLC



Captured at: 05/03/2024, 01:43 PM
URL: https://ecdn.teacherspayteachers.com/thumbitem/Thanksgiving-Mock-CBI-Trip-Grocery-Shopping-7454649-1690243987/original-7454649-1.jpg

TPT | Search | Log In | Join

Grade  Resource type  Seasonal  ELA  Math  Science  Social studies  Languages  Arts  Special education  Speech therapy

# Thanksgiving Mock CBI Trip - Grocery Shopping

★★★★★ 5.0 (2 ratings)



GRADE LEVELS
Not Grade Specific

SUBJECTS
Math, Special Education, Vocational Education

RESOURCE TYPE
PowerPoint Presentations, Activities

FORMATS INCLUDED
✓ Google Slides™

PAGES
35 pages



**$1.00**

Add one to cart

Buy licenses to share

⬚ Wish List

Share this resource

f ✕ ℗

⚑ Report this resource to TPT

SPED Secrets
115 Followers  ☆ Follow

△ Made for Google Drive™

This resource can be used by students on Google Drive or Google Classroom. To access this resource, you'll need to allow TPT to add it to your Google Drive. See our FAQ and Privacy Policy for more information.

## What educators are saying

This was a perfect activity for my students in a SPED Adult Program. I presented it in a small group and had them write answers on a whiteboard. They really enjoyed the mock experience. I hope you create more!!!!
— Lisa S. ★★★★★

See all reviews



Description  Reviews² Q&A   More from SPED Secrets

## Description

This resource contains 35 slides of a virtual grocery shopping trip to Aldi. This is a great way to practice CBI (community based instruction) virtually or in the classroom environment before taking a trip to the community. In this Thanksgiving-themed lesson, students will help shop for ingredients for a popular holiday recipe. Students will practice making a list, finding items in the store, and completing a purchase. The interactive slides work well with students who have disabilities and multilingual learners, too!

| Total Pages | 35 pages |
|---|---|
| Answer Key | N/A |
| Teaching Duration | N/A |

⚑ Report this resource to TPT

Reported resources will be reviewed by our team. Report this resource to let us know if this resource violates TPT's content guidelines.

## Reviews

★★★★★ 5.0
Based on 2 reviews

All ratings ∨     All grades ∨     Population ∨

Sort by: Most Relevant ∨

 Lisa S.
November 14, 2023

★★★★★ Extremely satisfied

This was a perfect activity for my students in a SPED Adult Program. I presented it in a small group and had them write answers on a whiteboard. They really enjoyed the mock experience. I hope you create more!!!!

👍 Helpful

 **SPED Secrets** (TPT Seller)
November 24, 2023
Yes I love having them do this with a whiteboard as a whole-group option!

 Kathryn Thompson (TPT Seller)
November 8, 2023

★★★★★ Extremely satisfied

This was great to go along with our Thanksgiving activities leading up to the break.

Students used with

**9th, 10th, 11th, 12th grades**

Primarily students with learning difficulties, on the autism spectrum, and with mild to severe disabilities

Students were engaged

Strongly disagree — Strongly agree

 Helpful

---

**SPED Secrets** (TPT Seller)

November 14, 2023

Yes I'm so happy to hear this was helpful!

---

## Questions & Answers

Please log in to post a question.

Be the first to ask SPED Secrets a question about this product.



More from

**SPED Secrets**

See all 82 resources

**115 Followers**

☆ Follow


*FREE* August Journal Prompt...
FREE


Ocean Animals - This or That?
$1.00
★ 5.0 (1)


*FREE* September...
FREE


Bathroom Log for Special...
FREE


31 Journal Prompts for Jul...


30 Journal Prompts for Ju...


Summer Errorless...


10 Months of National Days...

$1.50 $1.75        $1.50        $1.00        $10.00 $12.00

★ 4.0 (3)



TPT is the largest marketplace for PreK-12
resources, powered by a community of
educators.

   

**ABOUT**

Who we are

We're hiring

Press

Blog

**SUPPORT**

Help & FAQ

Privacy policy

Student privacy

Terms of service

Tell us what you
think

**UPDATES**

Get our weekly newsletter
with free resources, updates,
and special offers.

Get newsletter ›

**IXL FAMILY OF BRANDS**

| IXL | Rosetta Stone | Wyzant | Vocabulary.com | ABCya | SpanishDict | Emmersion | Education.com |
|---|---|---|---|---|---|---|---|
| Comprehensive K-12 personalized learning | Immersive learning for 25 languages | Trusted tutors for 300 subjects | Adaptive learning for English vocabulary | Fun educational games for kids | Spanish-English dictionary, translator, and learning | Fast and accurate language certification | 35,000 worksheets, games, and lesson plans |

© 2024 by IXL Learning





Captured at: 2024/05/03 01:44 PM    URL: https://www.teacherspayteachers.com/Product/Thanksgiving-Mock-CBI-Trip-Grocery-Shopping-7454649

# Thanksgiving Mock CBI Trip - Grocery Shopping

★★★★★ 5.0 (2 ratings)



**GRADE LEVELS**
Not Grade Specific

**SUBJECTS**
Math, Special Education,
Vocational Education

**RESOURCE TYPE**
PowerPoint Presentations, Activities

**FORMATS INCLUDED**
✓ Google Slides™

**PAGES**
35 pages

**$1.00**

Add one to cart

Buy licenses to share

🔖 Wish List

Share this resource

f 🐦 ⓟ

⚐ Report this resource to TPT

---

**SPED Secrets**
115 Followers  ☆ Follow

🔺 **Made for Google Drive™**

This resource can be used by students on Google Drive or Google Classroom. To access this resource, you'll need to allow TPT to add it to your Google Drive. See our FAQ and Privacy Policy for more information.

### What educators are saying

This was a perfect activity for my students in a SPED Adult Program. I presented it in a small group and had them write answers on a whiteboard. They really enjoyed the mock experience. I hope you create more!!!!
— Lisa S. ★★★★★

See all reviews

---

Description    Reviews ²    Q&A    More from SPED Secrets

## Description

This resource contains 35 slides of a virtual grocery shopping trip to Aldi.

This is a great way to practice CBI (community based instruction) virtually or in the classroom environment before taking a trip to the community. In this Thanksgiving-themed lesson, students will help shop for ingredients for a popular holiday recipe. Students will practice making a list, finding items in the store, and completing a purchase. The interactive slides work well with students who have disabilities and multilingual learners, too!

| | |
|---|---|
| **Total Pages** | 35 pages |
| **Answer Key** | N/A |
| **Teaching Duration** | N/A |

⚑ Report this resource to TPT

Reported resources will be reviewed by our team. Report this resource to let us know if this resource violates TPT's content guidelines.

## Reviews

⭐⭐⭐⭐⭐ **5.0**
Based on 2 reviews

 All ratings ⌄    All grades ⌄    Population ⌄

Sort by: Most Relevant ⌄

Lisa S.
November 14, 2023

⭐⭐⭐⭐⭐ **Extremely satisfied**

This was a perfect activity for my students in a SPED Adult Program.  I presented it in a small group and had them write answers on a whiteboard. They really enjoyed the mock experience.  I hope you create more!!!!

👍 Helpful



**SPED Secrets** (TPT Seller)
November 24, 2023
Yes I love having them do this with a whiteboard as a whole-group option!

 Kathryn Thompson (TPT Seller)
November 8, 2023

 ⭐⭐⭐⭐⭐ **Extremely satisfied**

This was great to go along with our Thanksgiving activities leading up to the break.

Students used with

**9th, 10th, 11th, 12th grades**
Primarily students with learning difficulties, on the autism spectrum, and with mild to severe disabilities

Students were engaged

Strongly disagree — Strongly agree

👍 Helpful

 **SPED Secrets** (TPT Seller)
November 14, 2023
Yes I'm so happy to hear this was helpful!

## Questions & Answers

Please log in to post a question.

Be the first to ask SPED Secrets a question about this product.



More from
**SPED Secrets**
See all 82 resources

115 Followers

☆ Follow


**\*FREE\* August Journal Prompt...**
FREE


**Ocean Animals - This or That?**
$1.00
⭐ 5.0 (1)


**\*FREE\* September...**
FREE


**Bathroom Log for Special...**
FREE


**31 Journal Prompts for Jul...**
$1.50 $1.75


**30 Journal Prompts for Ju...**
$1.50


**Summer Errorless...**
$1.00


**10 Months of National Days...**
$10.00 $12.00

⭐ **4.0** (3)

 **TPT**

TPT is the largest marketplace for PreK-12 resources, powered by a community of educators.

      

**ABOUT**

Who we are

We're hiring

Press

Blog

**SUPPORT**

Help & FAQ

Privacy policy

Student privacy

Terms of service

Tell us what you think

**UPDATES**

Get our weekly newsletter with free resources, updates, and special offers.

Get newsletter ›

**IXL FAMILY OF BRANDS**

**IXL**
Comprehensive K-12 personalized learning

**Rosetta Stone**
Immersive learning for 25 languages

**Wyzant**
Trusted tutors for 300 subjects

**Vocabulary.com**
Adaptive learning for English vocabulary

**ABCya**
Fun educational games for kids

**SpanishDict**
Spanish-English dictionary, translator, and learning

**Emmersion**
Fast and accurate language certification

**Education.com**
35,000 worksheets, games, and lesson plans

© 2024 by IXL Learning



Captured at: 10/11/2023, 11:53 AM

URL: https://ecdn.teacherspayteachers.com/thumbitem/Thanksgiving-Mock-CBI-Trip-Grocery-Shopping-74546

49-1690243987/original-7454649-1.jpg

